UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KAREN SUE MEYER,

    Plaintiff,

v.                                       Civil Action 2:23-cv-3720
                                           Chief Judge Sarah D. Morrison
                                           Magistrate Judge Chelsey M. Vascura

JPMORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER

    This matter is before the Court on Defendant's Unopposed Motion to Stay Case Deadlines (ECF No. 31), which indicates that the parties have agreed to attempt mediation in the next 90 days and seek a stay of case deadlines while they do so. For good cause shown, the motion is **GRANTED**. (ECF No. 31.) This matter is **STAYED** for 90 days.

    If mediation is unsuccessful, the parties are **ORDERED** to file a joint **PROPOSED CASE SCHEDULE** either within 90 days of the date of this Order or within 14 days after mediation concludes, whichever is sooner. If mediation is successful, the parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case no more than 14 days after mediation concludes, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                                            /s/ *Chelsey M. Vascura*
                                                                            CHELSEY M. VASCURA
                                                                            UNITED STATES MAGISTRATE JUDGE